IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01090-LTB-KLM

GREGORY BIELANSKI, an individual,

    Plaintiff,

v.

COSEL USA INC., California corporation,

    Defendant.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' first **Joint Motion for the Entry of a Protective Order** [#11] (the "First Motion") and on the parties' second **Joint Motion for the Entry of a Protective Order** [#13] (the "Second Motion"). Both motions were filed on the same day and appear to be identical. Therefore,

IT IS HEREBY **ORDERED** that the First Motion [#11] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Second Motion [#13] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#13-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 20, 2015