IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01090-KLM

GREGORY BIELANSKI, an individual,

    Plaintiff,

v.

COSEL USA INC., a California Corporation,

    Defendant.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

APPROVED AS TO FORM:

| | |
|---|---|
| _/s/ Andrew E. Swan_ | _/s/ Meghan W. Martinez_ |
| Paul F. Lewis, Esq. | Meghan W. Martinez, Esq. |
| Michael D. Kuhn, Esq. | Ann C. Purvis, Esq. |
| Andrew E. Swan, Esq. | Martinez Law Group, P.C. |
| Lewis Kuhn Swan PC | 720 South Colorado Boulevard |
| 620 North Tejon Street, Suite 101 | South Tower, Suite 1020 |
| Colorado Springs, CO 80903 | Denver, CO 80246 |
| Phone: (719) 694-3000 | Phone: (303) 597-4000 |
| Email: plewis@lewiskuhnswan.com | Email: martinez@mlgrouppc.com |
|       mkuhn@lewiskuhnswan.com |       purvis@mlgrouppc.com |
|       aswan@lewiskuhnswan.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED**

Dated this 29th day of September, 2015.

Hon. Kristen L. Mix
United States Magistrate Judge

2